IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN JUAN DE LA CRUZ MARTINEZ, | ) |
| Plaintiff, | ) No. 24-cv-279 |
| v. | ) Judge Robert J. Colville |
| GINA O'BARTO, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered in Defendant's favor pursuant to Rule 58 of the Federal Rules of Civil Procedure. This case has been marked closed.

BY THE COURT:

/s/ *Robert J. Colville*
Robert J. Colville
United States District Judge

DATED: June 18, 2024

cc:   All counsel of record

Justin Juan De La Cruz Martinez
502 N 12th Ave
Albany, IL 61230