UNITED STATES DISTRICT COURT OF WESTERN PENNSYLVANIA

CIVIL DOCKET NO 2:24 cv 279

JUSTIN MARTINEZ

PLAINTIFF

Vs   **VERIFIED COMPLAINT**



MAR 0 4 2024

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

Gina O'Barto

DEFENDANT

Individually and as an accomplice in her own capacity as an Employee of the Court of Westmoreland County, Pennsylvania.

**JURISDICTIONAL BASIS**

Plaintiff claims federal jurisdiction pursuant to Article III 2 which extends the jurisdiction to cases arising under the U.S Constitution. See **EXHIBIT A**

Plaintiff brings this suit pursuant to Title 42 U.S Code 1983. **( EXHIBIT B)** as well As Title 18 U.S.C 241 **(EXHIBIT C)** for violations of certain protections guaranteed to the Plaintiff by the 1st Amendment **(EXHIBIT D)** and the 14th Amendment **(EXHIBIT E)** of the federal constitution, by the Defendant under the color of the law in the Defendant capacity as an Individual and Employee of the court of Westmoreland County.

Plaintiff brings this action against Gina O'Barto, a government employee

pursuant to Title 28 U.S Code 1331, in claims arising from violations of federal Constitutional rights guaranteed in the 1st, 6th and 14th Amendment to the U.S Constitution and redressable pursuant to Bivens V six unknown Narcotics Agent 403 U.S 338 (1971)

**PARTIES**
`
Plaintiff Justin Martinez, in / is a natural person residing at 502 12th Ave N, Albany IL, 61230.

**STATEMENT OF CASE**

   1. On December 29th of 2023, Judge Katherine B. Emery, named / alleged conspirator with the Defendant, called the Plaintiff to court in Westmoreland County to question the already approved Impoverished Financial Status of the Plaintiff in person in spite of the Defendant previously approving Plaintiff motion to attend judicial proceedings via phone due to financial hardship / residing out of state, in light of the financial hardship upon the Plaintiff / already available accommodation of the court due to Covid, of which the Plaintiff argues Judicially Bullying by said Judge of the Plaintiff regarding monies needed to attend in person. In addition the Plaintiff cites that the Defendant willingly failed to provide reasonable accommodations to the Plaintiff intent upon incurring hardship upon the Plaintiff, thereby the Defendant abused her position.

2. On the same day of December the 29th of 2023, the Plaintiff argues that Judge Katherine B. Emery did conspire with the Commonwealth of Pennsylvania in a court of law, that of an Attorney appearing on behalf of the Commonwealth of Pennsylvania and arguing on behalf of the Defendants, all 9 of which the Commonwealth did not submit a notice of appearance for, and argue

all complaints were frivolous, in addition to arguing that the Plaintiff is and was financially capable of paying monies to file complaints / lawsuits if the Plaintiff just took the monies that the Plaintiff borrowed to travel to said proceeding and applied it to file said complaints / lawsuits in addition to the Commonwealth argument that because the Plaintiff "Owns a home" and is a "published author", the Plaintiff has enough money to pay court fees, ignoring and/or abusing County, State And Federal Guidelines as well as up-to-date evidence, including court rulings that accommodate the Plaintiff due to severe financially impoverished state, allowing a $25 dollar monthly payment for contested court fees in excess of $8,000 dollars.

The Plaintiff argues to this court that this investigation of Judge Katherine B. Emery and  that the court ordered the Plaintiff must appear in person

has put the Plaintiff into further financial Debt in excess of $850 dollars and that Judge Katherine B. Emery did conspire with the Commonwealth Attorney of Westmoreland County, Pennsylvania on December 29th of 2024 in a court of law, against the Plaintiff, in violation of 18. U.S Code 241, Conspiracy Against rights

3. On January 11th, the Defendant makes a ruling on Plaintiff financial Status and 9 of the 15 suspended lawsuits / complaints held by the Defendant by way of the Prothonotary Office of Westmoreland County attached as EXHIBIT UNABLE TO PAY.

4. On January 24th of 2024, the Defendant sent the Plaintiff a letter attached as EXHIBIT HAVE TO PAY in relation to 9 cases being held by the Defendant.

5. On January 29th of 2024 The Plaintiff argues that the Defendant findings / judicial proceedings are upholding the Judicial Process in EXHIBIT EMAILS, Judicially Bullying the Plaintiff in spite of the court's findings.

6. On February 8th of 2024 the Plaintiff argues that a call was placed to Deputy Lisa Genard with the Prothonotary Office of Westmoreland County regarding Judicial matters related to the Defendant and was told that "the Judge" had told the Prothonotary office that the Plaintiff IFP status was not approved, suspending the Judicial Process , withholding requested documents from the

Plaintiff through the Prothonotary Office and Court Administration Office of Westmoreland County in spite of Judge katherine B. Emery own findings / ruling / Order and violating the Plaintiff 6th amendment right in addition to the Plaintiff civil rights with above mentioned Offices of the government as willing parties in violation of 18. U.S Code 241, Conspiracy Against rights.

7. The Plaintiff finally argues that this Complaint is being filed with this court because the Courthouse of Westmoreland County is not a safe place for the Plaintiff to file this matter, having been attacked physically by Park police along with Plaintiff child, in addition to False Accusations and Malicious court Proceedings and judicial bullying / violation of the Plaintiff civil Rights in conspiracy with one another as well as multiple acting judges relating to 45 different lawsuits, involving the District Attorney's office as well as the Office of court Administration and Westmoreland County Courthouse has a flag in stone in its courtyard which conveys loyalty to a foreign King / Country and commemorates a founding date prior to that of the United States, proclaiming it as British Territory and as such, a separate government from the Union, and as such, explains why, arguably, said territory is so against Plaintiff civil Rights… in the opinion of the Plaintiff in light of the facts / evidence / existing cases.

**PRAYERS FOR RELIEF**

Wherefore Plaintiff asks this court for Relief as follows:

1. The Plaintiff asks this court to issue injunctive relief, commanding the Defendant to follow Judicial Process and approve IFP Status according to Judge Katherine B. Emery findings / the Evidence regarding the Plaintiff in all judicial matters immediately and release the 15 lawsuits / complaints being held by the Defendant / Office so as to preserve the rights of the Plaintiff which can still be preserved to ensure fair, unbiased judicial proceedings continue according to the law and with respect to the Plaintiff Civil Rights and all complaints served / filed / heard / appealed before an unbiased non-conspiring Judge / Court against the Plaintiff, if one exists in Any county in Pennsylvania.

2. The Plaintiff asks that this court command all judicial proceedings regarding this complaint be investigated, with specificity to transcripts in all related and referenced dates of EXHIBITS and the evidence argued herein, especially with regards to 12-29-23, as said transcripts are being held by the Prothonotary office and the Defendant / office is holding up the process of the Plaintiff appeals to the Superior court regarding 9 cases,
commanding that the Defendant follow the law and not what someone says so that the Plaintiff receives a fair opportunity to argue merits of all Complaints.

3. The Plaintiff asks this court to issue Declaratory relief as this court sees fit

4. The Plaintiff asks this court to issue other relief as this court sees fit

5. The Plaintiff asks this court to issue / award the plaintiff costs to travel from Illinois to Pennsylvania to present and argue this Complaint in the amount of $850.00 dollars for Fuel, food and the cost of copies to address these continuing, conspiring issues that are incurring further financial hardship on the Plaintiff as this court, or another, sees it as fit.

Signed, _____

Justin Martinez / Plaintiff

Address: 502 12th Ave N, Albany, IL 61230. Phone: 909-851-3776

**STATEMENT OF VERIFICATION**

I have read the above complaint and it is correct to the best of my Knowledge.

Signed, _____ Justin Martinez / Plaintiff. Date 3-4-24